UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 408-WQH |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Ramirez - Landero | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Juan Francisco Ruano-Sandoval

DATED: 2/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk